UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :

AMANIE RILEY, *on behalf of herself and all others*
*similarly situated*,

                                    Plaintiff,          :           25-CV-00577 (JAV)

                 -v-                      :            <u>ORDER</u>

OLD NORTHERN BOULEVARD RESTAURANT,
LLC,

                                   Defendant.      X

-----------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

       Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

       SO ORDERED.

Dated: January 27, 2025
      New York, New York                 _____
                                      JEANNETTE A. VARGAS
                                    United States District Judge