UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AMANIE RILEY, on behalf of herself and all others similarly situated,

            Plaintiffs,

v.

OLD NORTHERN BOULEVARD RESTAURANT, LLC.

           Defendant.

------------------------------------- x

Case no. 1:25-cv-577-JAV

STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: April 29, 2025

_____
Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
T: (718) 914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

_____
Mark C. Stephenson, Esq.
WARD LAW, LLC
15 West 38th Street, 4th Floor, Suite 740
New York, NY 10018
T: (215) 647-6614
E. mstephenson@thewardlaw.com
*Attorney for Defendant*

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated May 2, 2025